FILED

02/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0373

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0373

_____

KAGECO ORCHARDS, LLC, a Montana Limited
Liability Company,

      Plaintiff and Appellant,

   v.

MONTANA DEPARTMENT OF
TRANSPORTATION, a Montana
Administrative Agency,

      Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Deborah Kim Christopher, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 8 2023